UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN PRECISION PRODUCTS, INC. d/b/a LARUE TACTICAL, <br><br> Defendant. | Civil Action No.: 1:09-CV-10034 LTS |

## MOTION TO ADMIT ADAM PUGH *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Thomas P. McNulty, a member in good standing of the bar of this Court, hereby move for the admission of Adam Pugh *Pro Hac Vice* on behalf of Austin Precision Products, Inc. d/b/a LaRue Tactical ("LaRue Tactical").

A sworn statement by Mr. Pugh is attached as Exhibit A in which he states that (a) he is in good standing in every jurisdiction in which he is admitted to practice, (b) no disciplinary complaints or proceedings are pending against him as a member of the bar in any jurisdiction, and (c) he is familiar with the local rules of this Court.

I have entered my own appearance in this case.

Wherefore, I respectfully request that this Court allow this Motion in its entirety.

## L.R. 7.1 CERTIFICATION

I hereby certify that counsel for LaRue Tactical attempted to confer with counsel for Atlantic Research Marketing Systems, Inc. ("A.R.M.S.") on February 23, 2009 regarding the issues presented by this motion, but were unable to reach A.R.M.S.' counsel.

DATED: February 23, 2009.                                Respectfully submitted,

                                                        By: /s/ Thomas P. McNulty
                                                            Thomas P. McNulty (BBO 654,564)
                                                            Ann Lamport-Hammitte (BBO553263)
                                                            Lowrie, Lando & Anastasi, LLP
                                                            Riverfront Office Park
                                                            One Main Street - 11th Floor
                                                            Cambridge, MA 02142

<u>Of Counsel</u>                                               (617) 395-7000
David G. Slater
Adam Pugh
Slater Kennon & Jameson, LLP
4807 Spicewood Springs Road
Building 2, Suite 240
Austin, TX 78759
(512) 472-2431

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Motion to Admit Adam Pugh *Pro Hac Vice* was served on the following counsel of record by CM/ECF:

>Craig M. Scott, Esq.
>Christine K. Bush, Esq.
>Scott & Bush, Ltd.
>30 Kennedy Plaza, 4th Floor
>Providence, RI 02903
>cscott@scottbushlaw.com
>cbush@scottbushlaw.com

Dated: February 23, 2009             /s/ Thomas P. McNulty
                                     Thomas P. McNulty