UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 1:09-cv-10034 (DPW) ) |
| AUSTIN PRECISION PRODUCTS, INC. d/b/a LARUE TACTICAL, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY

Plaintiff Atlantic Research Marketing Systems, Inc. ("A.R.M.S.") and Defendant Austin

Precision Products, Inc. d/b/a LaRue Tactical ("LaRue") respectfully move for an extension of

time to complete expert discovery.  The parties submit that an extension of time is necessary to

properly complete expert discovery.  If the extension is allowed, it will not affect the dates for

the Joint Status Report (July 28, 2011) or the Further Status / Scheduling Conference (August 4,

2011).  For the reasons set forth below, the parties respectfully submit that this motion should be

granted.

This is a complex case involving allegations of patent infringement, trademark

infringement, Internet-based defamation as well as numerous other claims, counterclaims and

defenses.  Fact discovery closed on February 3, 2011, and opening expert reports are due on

March 14, 2011.[1/] *See* Amended Scheduling Order, dated December 17, 2010.

---

[1/]      On February 3, 2011, LaRue filed a motion for leave to take the deposition of and obtain documents from third-party L-3 Communications EOTech Inc. ("EOTech"), and to take the deposition of third-party Remington Arms Company ("Remington"), on or before February 28, 2011. *See* Doc. No. 180.  The deposition of EOTech took place on February 9, 2011.  As the parties have cooperated in producing other discovery items after the close of fact discovery to ensure trial on the merits, A.R.M.S. does not oppose LaRue's motion regarding EOTech and Remington (Doc. No. 180).

Samples of LaRue's products are relevant, *inter alia*, to A.R.M.S.'s infringement claims. Samples of A.R.M.S.'s products are relevant to LaRue's defenses. Certain A.R.M.S. and LaRue products were not in stock, and thus not available for production, during the discovery period. Now that the remaining samples have been manufactured, the parties are making arrangements for delivery of such samples. The payment and delivery process should be complete no later than February 24, 2011, which is three weeks into the expert discovery period.

The experts for both sides will need additional time to analyze the samples and prepare respective reports. As such, the parties submit that a three-week extension of the expert discovery deadlines is warranted. If the extension is allowed, it will not affect the dates for the Joint Status Report (July 28, 2011) or the Further Status / Scheduling Conference (August 4, 2011). A revised schedule is provided for the Court's convenience:

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Reports Due | March 14, 2011 | April 4, 2011 |
| Rebuttal Expert Reports Due | April 11, 2011 | May 2, 2011 |
| Expert Depositions Completed | May 12, 2011 | June 2, 2011 |
| Dispositive Motions Due | June 13, 2011 | July 1, 2011 |
| Joint Status Report Due | July 28, 2011 | No Change |
| Further Status/Scheduling Conference | August 4, 2011 | No Change |

The parties submit that this extension is necessary to provide each side with a full and fair opportunity to complete expert discovery and to ensure that the case is tried on the merits. Accordingly, for the reasons set forth herein, the parties respectfully submit that this motion should be granted.

A revised Scheduling Order, proposing the schedule above, is filed herewith.

Dated February 17, 2011                          Respectfully submitted,

By: /s/    Ann Lamport Hammitte          By: /s/       Paul J. Cronin
   Thomas P. McNulty (BBO 654,564)       Paul J. Hayes (BBO 227,000)
   Ann Lamport Hammitte (BBO 553,263)    (phayes@mintz.com)
   Lando & Anastasi, LLP                 Paul J. Cronin (BBO 641,230)
   Riverfront Office Park                (pcronin@mintz.com)
   One Main Street - 11th Floor          Mintz Levin Cohn Ferris Glovsky and
   Cambridge, MA 02142                      Popeo, P.C.
   (617) 395-7000                        One Financial Center
    emailservice@LL-A.com                Boston, MA 02111
                                         Telephone: (617) 542-6000
   Rosanna Sattler (BBO No. 442,760)     Facsimile:  (617) 542-2241
   James E. Kruzer, (BBO No. 670,827)
   Posternak Blankstein & Lund LLP       *Attorneys for Plaintiff*
   Prudential Tower
   800 Boylston Street
   Boston MA  02199-8004
   Telephone:  (617) 973-6135
   Facsimile:  (617) 722-4950

   Douglas D. Russell
   Taylor Russell & Russell P.C.
   10601 FM 2222
   Building R, Suite 12
   Austin, TX 78730
   (512) 338-4601

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY was filed through the ECF system and will be sent electronically to the registered participants this 17th day of February 2011.


                                         /s/  Paul J. Cronin


3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATLANTIC RESEARCH MARKETING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN PRECISION PRODUCTS, INC. d/b/a LARUE TACTICAL, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:09-cv-10034 (DPW) |

## **[PROPOSED] ORDER**

Plaintiff Atlantic Research Marketing Systems, Inc. ("A.R.M.S.") and Defendant Austin

Precision Products, Inc. d/b/a LaRue Tactical ("LaRue") came before the Court with a joint

motion for extension of time to complete expert discovery.

After reviewing the Court papers and evidence presented, it is hereby **ORDERED** that:

The Court's deadlines are extended to the following dates:

| | |
|---|---|
| Initial Expert Reports Due | April 4, 2011 |
| Rebuttal Expert Reports Due | May 2, 2011 |
| Deadline for Completion of Expert Depositions | June 2, 2011 |
| Dispositive Motions Due | July 1, 2011 |
| Joint Status Report Due | July 28, 2011 |
| Further Status/Scheduling Conference | August 4, 2011 |

**IT IS SO ORDERED.**

Dated: _____        _____

Honorable Douglas P. Woodlock
United States District Court Judge

4

5321615v.1